UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                              Criminal No. 12-cr-30-01-SM

        v.

Michael Parenteau


                          O R D E R


        The assented to motion to reschedule jury trial (document no.

9) filed by defendant is granted; Final Pretrial is rescheduled to

July 12, 2013 at 11:00 AM; Trial is continued to the two-week period

beginning July 23, 2013, 9:30 AM.

        Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.



        SO ORDERED.

                              _____
                              Steven J. McAuliffe
                              United States District Judge


Date: May 31, 2013

cc:  Terry Olilla, Esq.
     Bezhad Mirashem, Esq.
     U.S. Marshal
     U.S. Probation